IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SUSAN SKRZECZ, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:13-cv-01796-RDB |
| GIBSON ISLAND CORPORATION | * | |
| and | * | |
| RICHARD McMILLAN, Jr. | * | |
| and | * | |
| RICHARD DORIO, | * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Susan Skrzecz, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 8 and Local Rule 103(6), hereby files her Motion for Leave to File An Amended Complaint, and in support thereof states as follows:

1. Subsequent to the filing of Plaintiff's original Complaint, additional investigation revealed that Defendants had engaged in unlawful actions both prior to and during the course of Plaintiff's employment.

2. Based on that investigation, Plaintiff now seeks leave to amend her Complaint to add counts of fraud, fraudulent concealment, fraudulent inducement, detrimental reliance, and negligent misrepresentation.

3. Pursuant to Local Rule 103(6)(c), a redlined copy of the Amended Complaint is attached hereto as **Exhibit A**, and a clean copy of the Amended Complaint is attached hereto as **Exhibit B.**

4. Plaintiff has not requested leave to amend prior to the instant request.

5. On August 13, 2013, Defendants sought leave to file an Amended Answer to Complaint (Dkt. Entry 7), which request was granted by this Court on November 20, 2013 (Dkt. Entry 11).

6. On November 27, 2013, Defendants requested an extension of the discovery deadline (Dkt. Entry 12), which request was granted by this Court on December 2, 2013 (Dkt. Entry 13). Pursuant to the Court's Order, the discovery deadline was extended to January 31, 2014.

7. Given that this Court has granted two requests by Defendants, and this is Plaintiff's first request, justice and fairness to Plaintiff support granting Plaintiff's request to amend her Complaint.

8. Plaintiff's counsel has discussed with Defendants' counsel his desire to file an Amended Complaint. Defendants' counsel did not express either agreement or disagreement with Plaintiff's request.

9. Plaintiff does not believe that filing the Amended Complaint will cause any prejudice to the Defendants as this case does not yet have a trial date. Further, Plaintiff would agree to another extension of discovery, in the event this Court or the Defendants believe that such an extension is necessary in order to allow Defendants to respond to Plaintiff's Amended Complaint.

Respectfully submitted,

/s/ John M. Singleton
John M. Singleton, Bar No. 02275
THE SINGLETON LAW GROUP
1447 York Road, Suite 508
Lutherville, Maryland 21093
Office: 410-902-0073
Facsimile: 410-902-7273
Email: jsingleton@singleton-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 18, 2013, a copy of the above was filed electronically with the U.S. District Court, and pursuant to L.R. 102(1)(c), the Court's notice of electronic filing constitutes a certificate of service on all other counsel in this action.

/s/ John M. Singleton
John M. Singleton, Bar No. 02275
THE SINGLETON LAW GROUP
1447 York Road, Suite 508
Lutherville, Maryland 21093
Office: 410-902-0073
Facsimile: 410-902-7273
Email: jsingleton@singleton-law.com
*Attorney for Plaintiff*